## PEOPLE *v.* WALKER

ROBBERY — ROBBERY UNARMED — IDENTIFICATION — EVIDENCE — SUFFICIENCY.

> The record contained sufficient evidence to sustain a jury verdict of guilty of unarmed robbery where the victim and a mailman who came to his aid unequivocally identified the defendant and described his participation in the crime (MCLA § 750.530).

Appeal from Recorder's Court of Detroit, Frank G. Schemanske, J. Submitted Division 1 October 16, 1969, at Detroit. (Docket No. 6,354.) Decided October 28, 1969.

Larry Lamont Walker was convicted by a jury of robbery unarmed. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Samuel J. Torina,* Chief Appellate Lawyer, and *Leonard Meyers,* Assistant Prosecuting Attorney, for the people.

*Charles Rubinoff,* for defendant.

Before: LESINSKI, C. J., and J. H. GILLIS and DANHOF, JJ.

REFERENCE FOR POINTS IN HEADNOTE
46 Am Jur, Robbery § 41 *et seq.*

Per Curiam. Defendant was found guilty by a jury of robbery unarmed and sentenced to 3 to 15 years in prison. CL 1948, § 750.530 (Stat Ann 1954 Rev § 28.798).

The only question raised on appeal by defendant's court-appointed counsel is whether the evidentiary record sustains the verdict of the jury.

At the trial two eyewitnesses, the victim and a mailman who came to his aid, unequivocally identified the defendant and described his participation in the crime. The record unquestionably contains ample evidence to sustain the jury's verdict.

Affirmed.